DIAMOND STONE SAWING MACH. CO. OF NEW YORK v. BROWN et al.

(Circuit Court of Appeals, Second Circuit. April 19, 1905.)

No. 132.

PATENTS—INFRINGEMENT—STONE SAWING MACHINE.

The Williams patent. No. 429,874, for a stone sawing machine, was not anticipated, and discloses invention. Claims 1, 2, and 3 also *held* infringed.

Appeal from the Circuit Court of the United States for the East- ern District of New York.

On appeal from an interlocutory decree for an injunction and an account- ing, entered April 26, 1904, sustaining claims 1, 2 and 3 of letters patent, No. 429,874, granted June 10, 1890, to George N. Williams, Jr., for improve-

ments in diamond stone sawing machines. The questions involved in the present controversy have twice been decided by Judge Thomas. The opinion in the present case is reported in (C. C.) 130 Fed. 896. The opinion in the action against Dean is reported in (C. C.) 111 Fed. 380. The opinion in the case of Rudolph v. Williams, involving a consideration of the interference proceedings between the parties to that action, is reported in (C. C.) 62 Fed. 577.

Seabury C. Mastick, for appellants.

Benjamin F. Lee and Charles C. Protheroe, for appellee.

Before TOWNSEND and COXE, Circuit Judges.

PER CURIAM. The judge of the Circuit Court had an unusual opportunity for the thorough understanding of the questions involved in this controversy, for they were fully argued before him upon two occasions and on records substantially similar. We agree with him in the conclusions reached and his careful and exhaustive treatment of the issues involved makes further discussion unprofitable and unnecessary.

The decree is affirmed.